1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   DEBORAH B. WADLEIGH, State Bar No. 239550
    Supervising Deputy Attorney General
3   RYAN J. ZALESNY, State Bar No. 281999
    Deputy Attorney General
4     300 South Spring Street, Suite 1702
      Los Angeles, CA  90013
5     Telephone:  (213) 269-6164
      Fax:  (213) 897-7604
6     E-mail:  Ryan.Zalesny@doj.ca.gov
    *Attorneys for Defendants R. Esmond, J. Gutierrez, B.*
7   *Cates, and K. Holland*

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **LEON BROWN,**                          Case No. 2:21-cv-00878-AC

                                 Plaintiff,  **[PROPOSED] ORDER**
13
                                             Action Filed:  November 20, 2020
14          **v.**

15  **R. ESMOND, et al.,**

16                               Defendants.

17

18          Defendants R. Esmond, J. Gutierrez, B. Cates, and K. Holland ("Defendants") have

19  requested pre-answer screening of the Complaint under the Prison Litigation Reform Act

20  ("PLRA").  Having considered the request and finding good cause, Defendants' request is

21  GRANTED.

22          IT IS HEREBY ORDERED that the Complaint shall be screened.  Defendants shall have

23  thirty days from the date of the screening order to file a responsive pleading to the Complaint, or

24  any portion thereof that survives the Court's screening under 28 U.S.C. § 1915A.

25  DATED:  May 18, 2021.

26                                           _____
                                             ALLISON CLAIRE
27                                           UNITED STATES MAGISTRATE JUDGE

28