UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. ESMOND, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00808-CDB (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS**<br><br>14-DAY OBJECTION PERIOD<br><br>Clerk of the Court to Assign District Judge |

Plaintiff Leon Brown is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**RELEVANT PROCEDURAL BACKGROUND**

On May 13, 2021, Defendants R. Esmond, J. Gutierrez, B. Cates and K. Holland removed this action from the Sacramento County Superior Court to the Sacramento Division of this Court. (Doc. 1.) On May 14, 2021, Defendants filed a request for screening of Plaintiff's complaint pursuant to the Prison Litigation Reform Act (PLRA). (Doc. 3.)

On May 18, 2021, Magistrate Judge Allison Claire granted Defendants' request for screening, ordering Defendants to file a responsive pleading to the complaint, or any portion that survives screening, 30 days from the date of the screening order. (Doc. 6.) The following day, the action from transferred from the Sacramento Division to the Fresno Division. (Doc. 7.)

//

This action was reassigned to the undersigned as magistrate judge on October 6, 2022. (Doc. 11.)

On October 31, 2022, this Court issued its First Screening Order. (Doc. 12.) Plaintiff was given 21 days to elect one of the following options: (1) to file a first amended complaint curing the deficiencies identified in the order; (2) to notify the Court of his willingness to proceed only on his claims for deliberate indifference to health and safety; or (3) to file a notice of voluntary dismissal. (*Id*. at 12.)

Following a 30-day extension of time, on December 8, 2022, Plaintiff filed notice electing to proceed on the deliberate indifference to health and safety claims. (Doc. 15.)

**FINDINGS AND RECOMMENDATION**

Accordingly, and for the reasons set forth in the Court's screening order (Doc. 12), the Court RECOMMENDS that the claims in Plaintiff's complaint be DISMISSED, *except* for the claims of deliberate indifference to health and safety (Plaintiff's claim two) against Defendants R. Esmond, J. Gutierrez, B. Cates, P. Vasquez, and W.J. Sullivan, pursuant to 42 U.S.C. § 1983.

The Clerk of the Court is DIRECTED to randomly assign a district judge to this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, a party may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **December 12, 2022**

UNITED STATES MAGISTRATE JUDGE

2