IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEON BROWN,**<br><br>Plaintiff,<br><br>v.<br><br>**R. ESMOND, et al.,**<br><br>Defendants. | Case No. 1:21-cv-00808-ADA-CDB (PC)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

On June 2, 2023, Defendants B. Cates, R. Esmond, J. Gutierrez, K. Holland, P. Vasquez, and W. Sullivan filed an Ex Parte Application for an Extension of Time to File a Responsive Pleading. (Doc. 25.) Having read and considered the Application and its attachments, this Court finds good cause to grant Defendants' request. Accordingly, the deadline for Defendants B. Cates, R. Esmond, J. Gutierrez, K. Holland, and P. Vasquez to file a response to Plaintiff's Complaint is hereby extended to **July 3, 2023**, and the deadline for Defendant W. Sullivan to file a response to Plaintiff's Complaint is hereby extended to **July 3, 2023**.

IT IS SO ORDERED.

Dated:   **June 5, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1

Order Granting Defs.' Ex Parte Appl. for an Extension of Time (1:21-cv-00808-ADA-CDB (PC))