IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON BROWN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R. ESMOND, et al.,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-00808-ADA-CDB (PC)<br><br>**ORDER GRANTING DEFENDANTS' SECOND EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 27) |

On June 29, 2023, Defendants B. Cates, R. Esmond, J. Gutierrez, K. Holland, P. Vasquez, and W. Sullivan filed their Second Ex Parte Application for an Extension of Time to File a Responsive Pleading. (Doc. 27.) Having read and considered the Application and its attachments, good cause exists to grant the request. The deadline for Defendants B. Cates, R. Esmond, J. Gutierrez, K. Holland, P. Vasquez, and W. Sullivan is hereby **extended to July 31, 2023**.

IT IS SO ORDERED.

Dated: **June 30, 2023**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE