UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON BROWN,<br><br>               Plaintiff,<br><br>    v.<br><br>R. ESMOND, et al.,<br><br>               Defendants. | Case No. 1:21-cv-00808-CDB (PC)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>(Doc. 32) |

This action proceeds on Plaintiff Leon Brown's Eighth Amendment deliberate indifference to health and safety claims against Defendants Esmond, Gutierrez, Cates, Holland, Vasquez and Sullivan.

**I.      INTRODUCTION**

On July 21, 2023, this Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days. (Doc. 31.) More specifically, and relevant here, the Order stayed this action for ninety days "to allow the parties an opportunity to settle their dispute before the discovery process begins. *No pleadings or motion may be filed in this case during the stay*." (*Id.* at 2, ¶ 1, emphasis added.) The Order separately directed each party to complete and return an attached form in which the party indicated its interest in convening for a settlement conference.

On August 18, 2023, Plaintiff filed a "Notice of Motion and Motion to Strike Defendants Affirmative Defenses to Complaint." (Doc. 32.) The motion is signed and dated August 9, 2023.

1   (*Id*.) The same day, Plaintiff separately filed the completed notice described above pertaining to

2   settlement conference that was attached to the Order staying the case.

3       **II.      DISCUSSION**

4       As noted above, this action is presently stayed for a period of 90 days to allow the parties

5   an opportunity to resolve their dispute prior to discovery commencing. The stay began July 21,

6   2023. After the stay was imposed, Plaintiff filed a motion seeking to strike Defendants'

7   affirmative defenses (Doc. 32), as asserted in their answer to Plaintiff's complaint. However, as

8   indicated in the Court's July 21, 2023 order, "[n]o pleadings or motions may be filed … during

9   the stay." (*See* Doc. 31 at 2, ¶ 1.) Because Plaintiff separately returned the notice form indicating

10  interest in a settlement conference, it is clear Plaintiff had received and was aware of the stay

11  entered in this case.

12      Additionally, because the parties have indicated a willingness to participate in early

13  settlement proceedings (*see* Docs. 33 & 35), a settlement conference will be scheduled in the near

14  future. The best use of this Court's judicial resources —including the consideration of and

15  decision regarding Plaintiff's motion—is to delay consideration of Plaintiff's motion unless it

16  becomes necessary to do so. In the event early settlement conference efforts are not successful

17  and the stay is ultimately lifted, Plaintiff may re-file his motion. Accordingly, Plaintiff's August

18  18, 2023 motion will be stricken.

19      **III.     CONCLUSION AND ORDER**

20      For the reasons given, **IT IS HEREBY ORDERED** that Plaintiff's motion to strike

21  affirmative defenses filed August 18, 2023 (Doc. 32) be **STRICKEN** from the docket of this

22  action.

23  IT IS SO ORDERED.

24   Dated:   **September 13, 2023**        _____

25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

2