UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. ESMOND, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00808-CDB (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Doc. 44) |

　　　　Plaintiff Leon Brown is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Following a settlement conference held November 6, 2023, before Magistrate Judge Erica P. Grosjean and pursuant to the minutes for that proceeding, the parties agreed to settle the matter. Dismissal documents were to be filed within 60 days. (Doc. 43 [Minutes].)

　　　　On November 9, 2023, counsel for Defendants B. Cates, R. Esmond, J. Gutierrez, K. Holland, P. Vazquez and W. Sullivan filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 44.) The stipulation is signed and dated by Plaintiff Leon Brown and Ryan J. Zalesny, counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees. (*Id.*)

//

//

1  Accordingly, this action is terminated by operation of law without further order from the
2  Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).
3  The Clerk of the Court is directed to terminate all pending motions and deadlines and to
4  close this case.
5  IT IS SO ORDERED.

Dated: **November 13, 2023**

UNITED STATES MAGISTRATE JUDGE